DAVID A. GILL (Tr), TRUSTEE (State Bar No.032145)
TrusteeECF@dgdk.com
1900 AVE OF THE STARS, 11TH FL
LOS ANGELES, CA  90067

Telephone:     (310) 277-0077
Facsimile:     (310) 277-5735

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Arulfo N Diaz<br>Maria D Diaz<br><br><br><br>Debtor(s) | Case No.: 2:16-bk-16996-BB<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a); F.R.B.P. 2003(e)] |

COUNSEL: Randolph Ramirez
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **10/19/16 at 1:30 PM,** located at:  **915 WILSHIRE BLVD, 10TH FLOOR, ROOM #2, LOS ANGELES, CA 90017.**

Dated:     August 17, 2016                                    /s/ DAVID A. GILL (Tr)
                                                                                DAVID A. GILL (Tr), TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is , ,

On August 17, 2016, I served the forgoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

Arulfo N Diaz and Maria D Diaz
13426 ATHOL STREET
BALDWIN PARK, CA  91706

Randolph Ramirez
DONALD T DUNHAM & ASSOC
8632 E VALLEY BLVD #P
ROSEMEAD, CA  91770

☒**BY MAIL**
  ☒ I deposited such envelope in the mail at Los Angeles, California. The envelopes was mailed with postage thereon fully prepaid.
  ☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on August 17, 2016, at Los Angeles, California.
  ☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/  Joseph Vidaurri
Joseph Vidaurri